Date: 06/23/11 Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 1014 Dated 06/23/11
Case Number 08-44084 - MURDOCK, MICHAEL ALLAN

*193460*

*rung 6-24-11, SW*

RECEIVED
11 JUN 24 AM 9:22
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Asset Acceptance<br>Po Box 2036<br>Warren MI 48090 | 000002 | 487.17 | 2.05 |
| STEARNS ELECTRIC<br>PO BOX 40<br>Melrose MN 56352 | 000004 | 57.78 | 0.24 |
| SOUTH LAKE PEDIATRICS<br>17705 HUTCHINS DRIVE SUITE 250<br>Minnetonka MN 55345 | 000006 | 391.35 | 1.65 |
| Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | 000009 | 217.98 | 0.92 |
| Qwest Corporation<br>1801 California St Rm 900<br>Attn: Bankruptcy<br>Denver CO 80202 | 000010 | 253.48 | 1.07 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000012 | 413.20 | 1.74 |
| SOUTHDALE ANESTHESIOLOGISTS<br>6401 FRANCE AVE S<br>EDINA MN 55435 | 000013 | 888.03 | 3.73 |
| CCFCU<br>6160 SUMMIT DRIVE<br>BROOKLYN CENTER MN 55430 | 000015 | 833.67 | 3.51 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba GAP<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000021 | 245.97 | 1.03 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba AMERICAN EAGLE<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000022 | 118.78 | 0.50 |
| RANDY'S SANITATION<br>PO BOX 169<br>Delano MN 55328 | 000025 | 48.20 | 0.21 |

COURTI Printed: 06/23/11 11:47 AM   Ver: 16.02b

| ---------- Remittance Total --------------- | | 3,955.61 | 16.65 |

*[signature]*

TIMOTHY D. MORATZKA, Trustee