Date: 06/23/11                                                                                                                          Page: 1

# DIVIDENDS REMITTED TO THE COURT
Check Number 1015 Dated 06/23/11
Case Number 07-42268 - ALEXANDER, DAVID GLENN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| US BANK<br>BANKRUPTCY DEPT<br>PO BOX 5229<br>CINCINNATI OH 45201 | 000007 | 60.00 | 3.81 |
| ---------- Remittance Total ---------- | | 60.00 | 3.81 |

TIMOTHY D. MORATZKA, Trustee

RECEIVED 11 JUN 24 AM 9:21 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

COURT1                                                                                      Printed: 06/23/11 11:12 AM    Ver: 16.02b